August 10, 2021

Hon. Judge Vernon S. Broderick,
Southern District of New York

      **RE:**    **CAMILLE WILLIE MAE WISE v. JP MORGAN CHASE, (et al.,) [21-cv-3718]**

      **Letter re:**

Dear Judge Vernon S. Broderick,

Please take notice that plaintiff CAMILLE WILLIE MAE WISE request that the court:

Grant my request to seal my original complaint pursuant to Rule 5.2 of the Federal Rules of Civil Procedures and Rule 49.1 of the Federal Rules of Criminal Procedures as plaintiff was not aware that she would "waive" her protection of the rules with the filing of her original complaint without her personal information being redacted until the information package arrived on July 22, 2021 via United States Postal Service. Rule 5.2(a) and 49.1 protect my Social security number, date of birth, and financial account Numbers which are all listed in the exhibits and complaint filed with the courts without redaction as Plaintiff was unaware of her rights. Rule 49.1(a)(5) protects my home address which is also listed in the exhibit and/or original complaint without redaction. And 5.2(d) which protects Plaintiff driver's license from being listed. I am requesting the seal of my original complaint along with all the exhibits attached under 49.1(d) as it hold personal information concerning the plaintiff's Social security number, date of birth, Financial accounts numbers, and home address. This is a privacy concern.

      Respectfully,

      CAMILLE WILLIE MAE WISE
      BRONX, NY
      (917) 603- 3322
      PRO SE