UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
CAMILLE WILLIE MAE WISE,                                     :
:
                       Plaintiff,       :
:         21-cv-3718 (VSB)
        -against-                                 :
:               **ORDER**
JP MORGAN CHASE,                                             :
:
                      Defendant.       :
:
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of Plaintiff's request to redact certain exhibits attached to her initial complaint, filed on August 19, 2021. This request was inadvertently filed in another recently filed case in this District involving the same Plaintiff, No. 21-cv-3726. It is hereby:

      ORDERED that Plaintiff's request is GRANTED IN PART and DENIED IN PART. I grant all of Plaintiff's requested redactions except for those related to her home address, which is already publicly filed on the docket in this litigation.

      The Clerk's office is directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated:  September 8, 2021
           New York, New York

                                                        _____
                                                        Vernon S. Broderick
                                                        United States District Judge