**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CAMILLE WILLIE MAE WISE,

                Plaintiff,

   -against-                                         21 **CIVIL** 3718 (VSB)

                                                          **JUDGMENT**

JPMORGAN CHASE,

                Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 29, 2023, Defendant's motion to dismiss is GRANTED. Plaintiff's Amended Complaint is dismissed in its entirety. The Court has declined to grant leave to amend as amendment would be futile. Therefore, Plaintiff's Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       August 29, 2023

                                                                                **RUBY J. KRAJICK**
                                                                                 **Clerk of Court**

                                            **BY:**    *K. Mango*
                                                                             **Deputy Clerk**